AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Caddell, John aka Jack A. | U.S. Bankruptcy Court | 03/19/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

P O Box 2004
Decatur AL 35602-2004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, John aka Jack A. | 03/19/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alabama State Bar | 6/20/2013-6/22/2013 | Destin, FL | Bankruptcy at the Beach Seminar | Lodging, Mileage |
| 2. | American Conference Institute | 1/31/2013 - 2/1/2013 | New York, NY | Consumer Finance Class Actions & Litigation Seminar | Logding, Airfare |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, John aka Jack A. | 03/19/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, John aka Jack A. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Checking Acct. - Regions Bank | | None | J | T | | | | | |
| 2. Savings Acct. - Regions Bank | A | Int./Div. | K | T | | | | | |
| 3. Schwab Bank Account | A | Int./Div. | J | T | | | | | |
| 4. American Century Gov't | A | Int./Div. | K | T | | | | | *See VIII |
| 5. American Century Equity | A | Int./Div. | K | T | | | | | *See VIII |
| 6. American Century Tax Free Bond Fund | A | Int./Div. | K | T | | | | | *See VIII |
| 7. American Financial Group | A | Int./Div. | | | Sold | 3/28/13 | J | A | *See VIII |
| 8. Artisan Int'l Fund | A | Int./Div. | J | T | | | | | *See VIII |
| 9. Balero | A | Int./Div. | | | Sold | 3/21/13 | J | A | *See VIII |
| 10. Baron Growth Fund | A | Int./Div. | | | Sold | 3/28/13 | J | A | *See VIII |
| 11. FMI Large Cap Fund | A | Int./Div. | J | T | Buy | 12/30/13 | J | | *See VIII |
| 12. Glenmede Small Cap Equity | A | Int./Div. | K | T | | | | | *See VIII |
| 13. Harbor International Fund | A | Int./Div. | K | T | | | | | *See VIII |
| 14. IShares Core U.S. Bond Market ETF | A | Int./Div. | J | T | | | | | *See VIII |
| 15. Janus Overseas Fund | A | Int./Div. | | | Sold | 3/28/13 | K | A | *See VIII |
| 16. Metropolitan West | A | Int./Div. | J | T | Buy | 12/30/13 | J | | *See VIII |
| 17. Oakmark Global Fund | A | Int./Div. | J | T | Buy | 12/30/13 | J | | *See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, John aka Jack A. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Parnassus Equity Income Fund ****See VIII | A | Int./Div. | L | T | | | | | *See VIII |
| 19. Pimco Total Return Fund | A | Int./Div. | K | T | | | | | *See VIII |
| 20. Pembina Pipeline Trust | A | Int./Div. | J | T | | | | | *See VIII |
| 21. Schwab S&P 500 Index - | A | Int./Div. | M | T | | | | | *See VIII |
| 22. Scout Internal Fund | A | Int./Div. | M | T | | | | | *See VIII |
| 23. SPDR Trust ****See VIII | A | Int./Div. | J | T | | | | | *See VIII |
| 24. Templeton Global Bond Fund | A | Int./Div. | J | T | | | | | *See VIII |
| 25. TIAA CREF | A | Int./Div. | K | T | | | | | *See VIII |
| 26. Valera Energy Corp | A | Int./Div. | | | Sold | 3/28/13 | J | A | *See VIII |
| 27. Vanguard Morgan Growth Fund | A | Int./Div. | L | T | | | | | *See VIII |
| 28. Vanguard Value ETF | A | Int./Div. | K | T | | | | | *See VIII |
| 29. Vanguard Small Cap | A | Int./Div. | K | T | | | | | *See VIII |
| 30. Baird Core Plus BD Inst | A | Int./Div. | J | T | Buy | 12/30/13 | J | | **See VIII |
| 31. Federated INTL Leaders | A | Int./Div. | J | T | Buy | 12/30/13 | J | | **See VIII |
| 32. Oakmark Intl Small Cap | A | Int./Div. | J | T | Buy | 12/30/13 | J | | **See VIII |
| 33. Parnassus Equity Inc ****See VIII | A | Int./Div. | J | T | | | | | **See VIII |
| 34. Parnassus Equity Income Fund **** See VIII | A | Int./Div. | J | T | | | | | **See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, John aka Jack A. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR Gold Trust ****See VIII | A | Int./Div. | J | T | | | | | **See VIII |
| 36. SPDR Trust ****See VIII | A | Int./Div. | J | T | | | | | **See VIII |
| 37. TCW Total Return Bond | A | Int./Div. | J | T | Buy | 12/30/13 | J | | **See VIII |
| 38. Vanguard Inflation | A | Int./Div. | J | T | Buy | 12/30/13 | J | | **See VIII |
| 39. Vanguard MEG CAP GROWTH | A | Int./Div. | J | T | Buy | 12/30/13 | J | | **See VIII |
| 40. Vanguard Mid Cap Growth | A | Int./Div. | J | T | Buy | 12/30/13 | J | | **See VIII |
| 41. Vanguard Small Cap | A | Int./Div. | J | T | Buy | 12/30/13 | J | | **See VIII |
| 42. Vanguard Whitehall Fund | A | Int./Div. | J | T | Buy | 12/30/13 | J | | *See VIII |
| 43. Wisdomtree MidCap | A | Int./Div. | J | T | Buy | 12/30/13 | J | | **See VIII |
| 44. Cash in Schwab Brokerage Acct. | A | Int./Div. | K | T | | | | | |
| 45. Alabama Fed Aid Hwy | A | Int./Div. | | | Sold | 03/28/13 | J | A | ***See VIII |
| 46. Arizona St. Transn. Brd. Hwy. Rev. 5% | A | Int./Div. | J | T | | | | | ***See VIII |
| 47. Auburn Univeristy ALA GEN due 6/1/20 | A | Int./Div. | J | T | | | | | ***See VIII |
| 48. Auburn University ALA GEN due 6/25 | A | Int./Div. | J | T | | | | | ***See VIII |
| 49. California GO | A | Int./Div. | J | T | Buy | 12/30/13 | J | | ***See VIII |
| 50. California ST FOR 5% due 6/1/20 | A | Int./Div. | J | T | | | | | ***See VIII |
| 51. Chicago Ill Trans Authority | A | Int./Div. | J | T | | | | | ***See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, John aka Jack A. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Chicago ILL WTR REV | A | Int./Div. | J | T | | | | | ***See VIII |
| 53.  Dallas TEX WTRWKS | A | Int./Div. | J | T | Buy | 12/30/13 | J | | ***See VIII |
| 54.  Florida State BRD ED | A | Int./Div. | | | Sold | 03/28/13 | J | A | ***See VIII |
| 55.  FMI Large Cap Fund | A | Int./Div. | | | Sold | 03/28/13 | J | A | ***VIII |
| 56.  Iowa State SPL OBLIG | A | Int./Div. | J | T | | | | | ***See VIII |
| 57.  Iowa Finance Authority REV | A | Int./Div. | J | T | | | | | ***See VIII |
| 58.  Kansas ST DEV FIN | A | Int./Div. | | | Sold | 03/28/13 | J | A | ***See VIII |
| 59.  Los Angeles California 5% | A | Int./Div. | J | T | | | | | ***See VIII |
| 60.  Louisiana State | A | Int./Div. | J | T | Buy | 12/30/13 | J | | ***See VIII |
| 61.  Lower COL RIVER | A | Int./Div. | J | T | Buy | 12/30/13 | J | | ***See VIII |
| 62.  Maine Municipal Bond | A | Int./Div. | J | T | | | | | ***See VIII |
| 63.  Metropolitan Transn 5% | A | Int./Div. | | | Sold | 3/28/13 | J | A | ***See VIII |
| 64.  Michigan FIN AUTH | A | Int./Div. | J | T | | | | | ***See VIII |
| 65.  Michigan ST BLDG AUTH | A | Int./Div. | J | T | Buy | 12/30/13 | J | | ***See VIII |
| 66.  Minnesota PUB FACS | A | Int./Div. | J | T | | | | | ***See VIII |
| 67.  Minnesota ST MUN PWR | A | Int./Div. | J | T | | | | | ***See VIII |
| 68.  New Mexico Finance Authority | A | Int./Div. | J | T | | | | | ***See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, John aka Jack A. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New York New York Municipal Bon for PR 5% | A | Int./Div. | J | T | | | | | ***See VIII |
| 70. New York ST DORM | A | Int./Div. | J | T | Buy | 12/30/13 | J | | ***See VIII |
| 71. New York ST TWY | A | Int./Div. | J | T | | | | | ***See VIII |
| 72. Ohio ST TPK COMMN | A | Int./Div. | J | T | | | | | ***See VIII |
| 73. Pennsylvania St. 5.75% | A | Int./Div. | J | T | | | | | ***See VIII |
| 74. Phoenix Arizona Civia | A | Int./Div. | | | Sold | 03/28/13 | J | A | ***See VIII |
| 75. Reedy Creek IMPT | A | Int./Div. | J | T | Buy | 12/30/13 | J | | ***See VIII |
| 76. Southern California Pub | A | Int./Div. | J | T | | | | | ***See VIII |
| 77. Texas ST GO due 8/1/21 | A | Int./Div. | J | T | | | | | ***See VIII |
| 78. University of California RE 5% | A | Int./Div. | | | Sold | 03/28/13 | J | A | ***See VIII |
| 79. Virginia College BLDG AUTH | A | Int./Div. | J | T | | | | | ***See VIII |
| 80. Wisconsin ST CLEAN WTR | A | Int./Div. | J | T | | | | | ***See VIII |
| 81. *****See VIII | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, John aka Jack A. | 03/19/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

* These are in my Main Brokerage Account

** These are in my IRA Brokerage Account

***These are in my Bond Brokerage Account

****SPDR and Parnasssus - On last years reports the accounts were shown as combined.  This years reports shows seperated in separate accounts.

*****In 2013 I rolled over my thrift savings account to my Schwab IRA Account adding $626,000 value to the IRA.  The IRA then purchased new holdings in that value as listed above.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John aka Jack A. Caddell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544